UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CHRISTOPHER ELY,

v.  Case No. 3:11-cv-1094-J-20TEM
    3:06-cr-183-J-20TEM

UNITED STATES OF AMERICA
_____/

## ORDER

Ely filed a Motion pursuant to 28 U.S.C. § 2255 to vacate, set aside, or correct his sentence (Dkt. 1, Case No. 3:11-cv-1094-J-20TEM; Dkt. 145, 3:06-cr-183-J-20TEM). Respondent, the United States of America, shall file a response to the Motion within twenty (20) days of this Order.

**DONE AND ENTERED** at Jacksonville, Florida, this 18 day of November, 2011.

HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies to:
Christopher Ely, *Pro Se*
D. Rodney Brown, Esq.